=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 202
In the Matter of RAM I LLC,
            Appellant,
         v.
New York State Division of
Housing and Community Renewal,
            Respondent,
et al.,
            Respondent.


            Lawrence D. Bernfeld, for appellant.
            Martin B. Schneider, for respondent New York State
Division of Housing and Community Renewal.
            Small Property Owners of New York, Inc. et al., amici
curiae.




MEMORANDUM:

            The appeal should be dismissed, without costs, as moot.

            The tenant having vacated the rent-controlled apartment

at issue, pursuant to a Stipulation of Settlement with

petitioner, this appeal has been rendered moot (see Matter of

Grand Jury Subpoenas, 72 NY2d 307, 311 [1988]; Matter of Hearst

- 1 -

<u>Corp. v Clyne</u>, 50 NY2d 707 [1980]).  The exception to the

mootness doctrine is not applicable here (<u>see</u> <u>Wisholek v Douglas</u>,

97 NY2d 740, 742 [2002]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Appeal dismissed, without costs, as moot, in a memorandum.  Chief
Judge Lippman and Judges Pigott, Rivera, Abdus-Salaam, Stein and
Fahey concur.

Decided December 15, 2015